## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE:

    Phillip J. Fairnot

                                  Case No: 16-50730-TJT
                                  Chapter 13
                                  Hon. Thomas J. Tucker

            Debtor(s).
_____/

### EX PARTE MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 PETITION

    NOW COMES, Phillip J. Fairnot, Debtor(s) herein, by and through his attorney, Charles J. Schneider, and moves this Honorable Court to dismiss his Chapter 13 petition voluntarily as follows:

    1.    That the within Chapter 13 was commenced on 7/29/2016 and has not been confirmed.

    2.    That since then the Debtor feels that it is in his best interest to dismiss the within Petition.

    WHEREFORE Debtor prays that the Petition in Chapter 13 be dismissed.


  /s/   Charles J. Schneider
CHARLES J. SCHNEIDER (P27598)
LISA M. NEDZLEK (P71407)
NICHOLAS D. CHAMBERS (P72084)
Attorneys for Debtor(s)
39319 Plymouth Rd., Ste. 1
Livonia, MI 48150
(734) 591-4890
notices@cschneiderlaw.com

Dated: August 3, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
    Phillip J. Fairnot

                                          Case No: 16-50730-TJT
                                          Chapter 13
                                          Hon. Thomas J. Tucker

           Debtor(s).
_____/

## EX PARTE ORDER VOLUNTARILY DISMISSING CHAPTER 13 PETITION

      This matter having come on to be heard upon the ex parte motion of the Debtor(s) for the voluntary dismissal of Chapter 13 petition, and the Court being advised in the premises:

      NOW THEREFORE IT IS ORDERED that the within Chapter 13 is dismissed.

                                                            EXHIBIT 1